# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TODD P. MICHAUD,**

                **Plaintiff,**

**-vs-**                                                  **Case No. 6:04-cv-1371-Orl-UAM**

**US STEAKHOUSE BAR AND GRILL,
INC., STACEY DIASSINOS,
JOHN DIASSINOS,**

                **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT (Doc. No. 59)** |
| **FILED:** | **March 26, 2007** |

Plaintiff seeks a default judgment against two of the three defendants in this case, US Steakhouse Bar and Grill, Inc. and Stacey Diassinos. The case is stayed as to the third defendant, John Diassinos, during the pendency of his bankruptcy proceeding.

Entering a default judgment against only two of the defendants in this case raises the possibility of inconsistent judgments should the case proceed as to John Diassinos and he successfully defends on the grounds that he, through US Steakhouse Bar and Grill, Inc., did not violate the FLSA or that any such violation was not wilful. The possibility of inconsistent judgments should be avoided

whenever possible.  *See, e.g., Frow v. De La Vega*, 82 U.S. 552, 554 (1872); *Gulf Coast Fans, Inc. v. Midwest Electronics Importers, Inc.*, 740 F.2d 1499 (11th Cir. 1984).

Accordingly, it is **ORDERED** that, on or before June 8, 2007, Michaud shall advise the Court in writing whether he wishes to dismiss the causes of action against John Diassinos and, if not, whether the bankruptcy stay is still applicable.

**DONE** and **ORDERED** in Orlando, Florida on May 25, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties