UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:04-CV-1371-ORL-18UAM

TODD P. MICHAUD,

        Plaintiff,

vs.

US STEAKHOUSE BAR AND
GRILL, INC., STACEY
DIASSINOS, and JOHN
DIASSINOS,

        Defendants.
_____/

## MOTION TO LIFT STAY AND REOPEN CASE AS TO DEFENDANT, JOHN DIASSINOS

**COMES NOW** the Plaintiff, TODD P. MICHAUD, by and through his undersigned attorney, and hereby files this Motion to Lift Stay and Reopen Case against Defendant, JOHN DIASSINOS, and states as follows:

1. On September 29, 2006, Plaintiff's counsel filed a Suggestion of Bankruptcy advising that JOHN DIASSINOS filed a Petition for Bankruptcy.

2. On October 4, 2006, this case was stayed as to Defendant, JOHN DIASSINOS.

3. On March 12, 2007, a Default Judgment Denying Debtor's Discharge was entered and the Trustee's Report of No Distribution was filed on March 23, 2007.

4. Defendant, JOHN DIASINOSS, was not granted a discharge and the Plaintiff wishes to proceed in prosecuting this action against all Defendants.

WHEREFORE, Plaintiff respectfully requests this Court grant this Motion to Lift Stay and Reopen Case as to Defendant, JOHN DIASSINOS.

Respectfully submitted,

/s/ K.E. PANTAS, ESQ.
K.E. PANTAS, ESQ.
Bar No.: 0978124
PANTAS LAW FIRM, P.A.
250 North Orange Avenue, 11th Floor
Orlando, Florida 32801
Tel.: (407) 425-5775
Fax.: (407) 425-2778
E-Mail: Clerk@PantasLaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I presented the foregoing to the Clerk of the court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following: N/A.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: John Diassinos, 1380 South Ocean Blvd., Pompano Beach, Florida, 33062; Stacey Diassinos, 1380 South Ocean Blvd., Pompano Beach, Florida, 33062 and US Steakhouse Bar & Grill, Inc., c/o Stacey Diassinos, 1380 South Ocean Blvd., Pompano Beach, Florida, 33062, this 9th day of July 2007.

/s/ K.E. PANTAS, ESQ.
K.E. PANTAS, ESQ.